Mulea-DeGonzague v. Kings AutoShow Inc. d/b/a Brooklyn Mitsubishi and Ally Financial Inc., Case No. 18-CV-5630 (DLI)(JO)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-5630 (DLI)(JO)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ally Financial Inc.
was received by me on *(date)* 10/10/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nora Dindyal, Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, Registered Agent for Ally Financial Inc. on *(date)* 10/15/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/15/2018

*Server's signature*

Brian L. Bromberg
*Printed name and title*

Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:
I made service on October 15, 2018, at 9:13 a.m. at the offices of CT Corporation System, 111 Eighth Ave, 13th Floor, New York, NY 10011.