UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DONNA MULEA-DEGONZAGUE

                      Plaintiff,

    -against-

KINGS AUTOSHOW INC. d/b/a
BROOKLYN MITSUBISHI and
ALLY FINANCIAL INC.,

                   Defendants.

------------------------------------------------------------x

Docket No. 18-CV-5630 (DLI)(JO)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and

appears as counsel, for Defendant, KINGS AUTOSHOW INC.

Dated: November 8, 2018
      Syosset, NY 11791

                                    _____
                                 C. Fred Weil, Esq.
                               **LAW OFFICES OF C. FRED WEIL**
                               Attorneys for Defendant, Kings Autoshow Inc.
                               35 Roosevelt Avenue
                               Syosset, NY 11791
                               Phone: 516-677-0300
                               Fax: 516-496-9047

TO:    Brian L. Bromberg, Esq.
        Bromberg Law Office, P.C.
        Attorneys for Plaintiff
        26 Broadway, 21st Floor
        New York, NY 10004
        Phone: 212-248-7906
        Fax: 212-248-7908
        (Service by ECF)

        George C. Fontana, Jr., Esq.
        Fontana & Napolitano, LLP
        Attorneys for Defendant, Ally Financial Inc.
        1225 Franklin Avenue, Suite 325
        Garden City, NY 115230
        Phone: 516-344-6400
        Fax: 516-344-401
        (Service by ECF)