*Law Offices of C. Fred Weil*
*35 Roosevelt Avenue*
*Syosset, New York 11791*
*Telephone (516) 677-0300*
*Facsimile (516) 496-9047*

November 9, 2018

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Donna Mulea-DeGonzague v. Kings Autoshow Inc. d/b/a
      Brooklyn Mitsubishi and Ally Financial Inc.
      Docket No. 18-CV-5630 (DLI)(JO)
      Our File No. 18-5690

Dear Judge Orenstein:

    This office represents Kings Autoshow Inc., a defendant in the above referenced action. We are in receipt of the Complaint which was served by the plaintiff in the above matter.

    This letter serves as my request for an extension of time to file a response to the Complaint. Presently, the time within which my client is required to the Complaint is November 12, 2018. Kings Autoshow Inc. has not made any prior request for an extension to respond, and pursuant to my telephone conversation with plaintiff's counsel yesterday, he has consented to expanding my client's time to respond to November 30, 2018. Furthermore, by Order of Your Honor dated November 1, 2018, co-defendant Ally Financial Inc.'s time to respond was extended to November 30, 2018.

    Therefore, it is respectfully requested, on consent of the plaintiff's counsel, to extend Kings Autoshow Inc.'s time to respond to the plaintiff's complaint, to November 30, 2018.

Respectfully submitted,

LAW OFFICES OF C. FRED WEIL

By: _____
C. Fred Weil, Esq.

CFW/md

cc:   Brian L. Bromberg, Esq.      (Via ECF)
      Bromberg Law Office, P.C.
      Attorneys for Plaintiff

      George C. Fontana, Jr., Esq.   (Via ECF)
      Fontana & Napolitano, LLP
      Attorneys for Co-Defendant