*Law Offices of C. Fred Weil*
*35 Roosevelt Avenue*
*Syosset, New York 11791*
*Telephone (516) 677-0300*
*Facsimile (516) 496-9047*

November 27, 2018

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Donna Mulea-DeGonzague v. Kings Autoshow Inc. d/b/a
      Brooklyn Mitsubishi and Ally Financial Inc.
      Docket No. 18-CV-5630 (DLI)(JO)
      Our File No. 18-5690

Dear Judge Orenstein:

This office represents Kings Autoshow Inc., a Defendant in the above referenced action.

This letter serves as my request for an extension of time to file a response to the Complaint. Pursuant to a prior request made on November 9, 2018, the time within which my client is required to respond to the Complaint is November 30, 2018. In an effort to resolve this action by way of mutual agreement, we request that the Defendants' time to respond to the Complaint be extended to December 31, 2018. Both the Plaintiff and Co-Defendant, Ally Financial Inc. have consented to this request. There is no other scheduling deadline that would be effected by the request made herein.

Therefore, it is respectfully requested, on consent of the Plaintiff's counsel, to extend Defendants' time to respond to the plaintiff's complaint, to November 30, 2018.

                                                        Respectfully submitted,

                                                        LAW OFFICES OF C. FRED WEIL

                                                        By: _____
                                                             C. Fred Weil, Esq.

CFW/md

cc:   Brian L. Bromberg, Esq.     (Via ECF)
      Bromberg Law Office, P.C.
      Attorneys for Plaintiff

      George C. Fontana, Jr., Esq.   (Via ECF)
      Fontana & Napolitano, LLP
      Attorneys for Co-Defendant