*Law Offices of C. Fred Weil*
*35 Roosevelt Avenue*
*Syosset, New York 11791*
*Telephone (516) 677-0300*
*Facsimile (516) 496-9047*

November 27, 2018

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Donna Mulea-DeGonzague v. Kings Autoshow Inc. d/b/a
Brooklyn Mitsubishi and Ally Financial Inc.
Docket No. 18-CV-5630 (DLI)(JO)
Our File No. 18-5690

Dear Judge Orenstein:

This office represents Kings Autoshow Inc., a Defendant in the above referenced action.

This letter serves to withdraw Document No. 10, my request for an extension of time to file a response to the Complaint due to an incorrect date in the second paragraph and the inclusion of Co-Defendant, Ally Financial Inc., in the request for extension of time so that the same relief is applicable to both Defendants.

Respectfully submitted,

LAW OFFICES OF C. FRED WEIL

By: _____
C. Fred Weil, Esq.

CFW/md

cc: Brian L. Bromberg, Esq.      (Via ECF)
Bromberg Law Office, P.C.
Attorneys for Plaintiff

George C. Fontana, Jr., Esq.  (Via ECF)
Fontana & Napolitano, LLP
Attorneys for Co-Defendant