**Law Offices of C. Fred Weil**
*35 Roosevelt Avenue*
*Syosset, New York 11791*
*Telephone (516) 677-0300*
*Facsimile (516) 496-9047*

December 28, 2018

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Donna Mulea-DeGonzague v. Kings Autoshow Inc. d/b/a
      Brooklyn Mitsubishi and Ally Financial Inc.
      Docket No. 18-CV-5630 (DLI)(JO)
      Our File No. 18-5690

Dear Judge Orenstein:

This office represents Kings Autoshow Inc., a Defendant in the above referenced action.

This letter serves as a request from both Defendants, for an extension of time to file a response to the Complaint. Prior requests for such an extension were granted by Your Honor by Orders dated November 1, 2018, as to Co-Defendant, Ally Financial Inc., November 13, 2018, as to Co-Defendant, Kings Autoshow Inc., and on November 30, 2018, as to both Defendants. The parties have undertaken good faith efforts to resolve this action by way of settlement, and in order to continue such efforts, we request that the Defendants' time to respond to the Complaint be extended to January 21, 2019. Both the Plaintiff and Co-Defendant, Ally Financial Inc. have consented to this request. There is no other scheduling deadline that would be effected by the request made herein.

Therefore, it is respectfully requested, on consent of the Plaintiff's counsel, to extend both Defendants' time to respond to the Plaintiff's complaint, to January 21, 2019.

Respectfully submitted,

LAW OFFICES OF C. FRED WEIL

By: _____
C. Fred Weil, Esq.

CFW/md

cc:   Brian L. Bromberg, Esq.      (Via ECF)
      Bromberg Law Office, P.C.
      Attorneys for Plaintiff

      George C. Fontana, Jr., Esq.  (Via ECF)
      Fontana & Napolitano, LLP
      Attorneys for Co-Defendant