

**Langone & Associates, PLLC**

*ATTORNEYS AT LAW*
_____

*TEL: 516.795.2400*
*FAX: 516.795.2425*
*www.rlangone.com*

*Richard M. Langone*
MA JD LLM

*Patrice Langone*
Paralegal

*Of Counsel*
*Peter J. Tomao*
*Anthony La Pinta*

February 18, 2019

<u>Service by ECF</u>
Hon. James Orenstein, Mag.
U.S. Dist. Ct. EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Mulea-DeGonzague v. Kings AutoShow, Inc.* (Dkt. No. 18-cv-5630) (DLI)(JO)

Dear Judge Orenstein:

In response to plaintiff's counsel's letter dated February 17, 2019 (ECF Doc # 23), today I am emailing plaintiff's counsel the following documents requested by counsel:

1. The "deal jacket" for Ms. Mulea-DeGonzague's lease and its contents.

2. Printouts and copies of documents and records regarding the transaction to plaintiff. *See* 1, above.

3. Relating to sale of 2016 Nissan Juke that plaintiff claims was a bait-and-switch, we are providing the following: a) Bill of Sale; b) Retail Certificate of Sale; c) Registration docs; and d) Geico Insurance Card.

4. Relating to the sale of plaintiff's 2012 Honda Accord (trade in), we are sending a Bill of Sale.

Respectfully submitted,

*/s/ Richard M. Langone*
RICHARD M. LANGONE

Cc:     Brian L. Bromberg, Esq.
        26 Broadway, 21st Floor
        New York, NY 10004
        (Service by ECF;
        enclosures via E-mail)

        George Fontana, Esq.
        Fontana & Napolitano, LLP
        1225 Franklin Avenue, 325
        Garden City, NY 11530
        (Service by ECF)

C. Fred Weil, Esq.
35 Roosevelt Avenue
Syosset, NY 11791
(Service by ECF)

300 Old Country Road, Suite 341, Mineola, New York 11501