**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)   26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:   (212) 248-7908

February 20, 2019

<u>Via ECF</u>
Honorable James Orenstein, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Mulea-DeGonzague v. Kings AutoShow Inc., et al.*, No. 18-cv-5630 (DLI)(JO)

Dear Judge Orenstein:

My office represents the plaintiff, Donna Mulea-DeGonzague, in the above-referenced case.

I am writing to advise that, in accordance with your Minute Order dated yesterday, February 19, 2019, the parties have conferred and that my office has now received sufficient informal discovery to proceed with the settlement conference on Friday, February 22, 2019. The parties will be submitting their confidential *ex parte* settlement statements shortly.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)
      Thomas R. Breeden, Esq. (Via Email: trb@tbreedenlaw.com)