UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA MULEA-DEGONZAGUE,
                Plaintiff,

          - against -

KINGS AUTOSHOW, INC. et al,
                Defendant.
------------------------------------------------------------X

ORDER

18-CV-5630 (DLI) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Thomas R. Breeden, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 6, 2019, Mr. Breeden shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Breeden shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Breeden shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       February 27, 2019

                                                                   /s/
                                                    James Orenstein
                                                    U.S. Magistrate Judge